**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 549 EAL 2018
                                      :
                Respondent       :
                                        : Petition for Allowance of Appeal from
                                        : the Order of the Superior Court
                v.                       :
                                        :
                                        :
ZAIEE TALBERT,                     :
                                        :
                Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.